UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Alvin R. McDonald,<br>        Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO. 09-CV-573-CVE-TLW |
| vs. | §<br>§ | |
| Akal Security and Eric Holder,<br>Attorney General of the United States,<br>        Defendants. | §<br>§<br>§ | A JURY IS DEMANDED |

**Notice of Errata**

On June 26, 2010, Plaintiff Alvin McDonald, filed his Motion to Compel Discovery from Federal Defendant (Dkt. Document 43). After filing this motion, the undersigned noticed that Exhibit No. 11 inadvertently contained data that should have been redacted pursuant to Local Rule 5,3. Accordingly, this filing is a corrected Exhibit 11 that fully complies with Local Rule 5.3.

Respectfully submitted,

s/ John Griffin, Jr.
Texas Bar No. 08460300
203 North Liberty Street
Victoria, Texas  77901
(361) 573-5500 – Telephone
(361) 573-5040 – Telecopier

Katherine L. Butler
Texas Bar No. 03526300
1007 Heights Boulevard
Houston, Texas  77008
(713) 526-5677
Fax (713) 526-5691

Michael D. McGrew, OBA #13167
223 North 3rd Street, No. 206
Muskogee, Oklahoma 74401
(918) 684-4321
Fax (918) 684-4322

Counsel for the Plaintiff

2

**Certificate of Service**

  I certify that a true and correct copy of this document has been served upon the defendants through the electronic filing system of the Northern District of Oklahoma on June 29, 2010.

                 <u>/s/ John W. Griffin</u>